In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00456-CR
_____

DAVID A. RIGGS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 163rd District Court
Orange County, Texas
Trial Cause No. B160099-R

MEMORANDUM OPINION

On August 1, 2017, the trial court sentenced David A. Riggs to thirty years in prison for aggravated robbery. The trial court certified that Riggs had no right to appeal. *See* Tex. R. App. P. 25.2(a)(2). Nonetheless, Riggs filed a notice of appeal on November 27, 2017.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2(a)(1). Riggs also did not file a timely motion for extension of time to file his appeal. *See* Tex. R. App. P. 26.3. We hold that the Court has no jurisdiction

1

over Riggs' appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). We must also dismiss Riggs' appeal because the trial court's certification shows that he does not have the right to appeal. *See* Tex. R. App. P. 25.2(d). The appeal is dismissed. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on January 9, 2018
Opinion Delivered January 10, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2